## ORDER

Per curiam:

Hope Academy Corporation appeals from a decision of the Labor and Industrial Relations Commission which found that June LaMothe, a former employee, was entitled to unemployment compensation benefits. Hope Academy argues that the Commission's finding that LaMothe did not engage in misconduct connected with work is not supported by sufficient competent evidence. Finding no error, we affirm. Rule 84.16(b).

## *ORDER*

PER CURIAM:

Blanche L. Johnson appeals from the Circuit Court of Jackson County's denial of her Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**

**Blanche JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77332**

Missouri Court of Appeals,
Western District.

Order filed: March 31, 2015

Gregory A. Doty, for Appellant

Daniel N. McPherson, Jefferson City, for Respondent

Before Division Two: Anthony Rex Gabbert, Presiding, Judge, Joseph M. Ellis, Judge and Karen King Mitchell, Judge

**Justin WITT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77304**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 31, 2015

Mark A. Grothoff, Columbia, MO, for appellant.

Todd T. Smith, Jefferson City, MO, for respondent.

Before Division One: Cynthia L. Martin, Presiding Judge, Thomas H. Newton, Judge and Mark D. Pfeiffer, Judge